JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
ALDO RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ALDO RAMIREZ, | No.   2:25-cv-01885-SCR(SS) |
| Plaintiff, | |
| | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

  IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to November 24, 2025.

  This is a second extension. The first made the due date November 14, and this would provide an additional 10 days. There are a few reasons for this request. Plaintiff's counsel handles these Social Security cases at the administrative level, as well as in federal court. Scheduled

[Pleading Title]- 1

hearings, prehearing briefs, and federal court cases, along with the 2,000+-page record in this case, client interactions and preparation, and the scheduled switching-out of counsel's home and office computers during this intervening period justify affording this extension.

Dated:  November 12, 2025                              /s/    *Jesse S. Kaplan*
                                                                                JESSE S. KAPLAN
                                                                                Attorney for Plaintiff


Dated:  November 12, 2025                               */s/ per e-mail authorization*
                                                                                OSCAR GONZALEZ de LLANO
                                                                                Special Assistant U.S. Attorney
                                                                                Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file plaintiff's motion for summary judgment is extended to November 24, 2025.

SO ORDERED.

Dated: November 17, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE