ERIC GRANT  
United States Attorney  
MATHEW W. PILE, WSBN 32245  
Head of Program Litigation 1  
Law & Policy  
Social Security Administration  
ERIN A. JURRENS, MO 61402  
Special Assistant United States Attorney  
Program Litigation 1  
Law & Policy  
Social Security Administration  
6401 Security Boulevard  
Baltimore, MD 21235-6401  
Telephone: (877) 833-2445  
E-Mail: Erin.Jurrens@ssa.gov  
Attorneys for Defendant  

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDO RAMIREZ, | Case No.: 2:25-cv-01885-SCR |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

  Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended sixty (60) days from December 24, 2025, up to and including February 26, 2026. This is Defendant's first request for an extension.

  Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion. The undersigned has several competing deadlines in pending cases, as well as planned leave.

  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Ext.; 2:25-cv-01885-SCR     1

Respectfully submitted,

Dated: December 8, 2025   /s/ *Jesse S. Kaplan**
(*as authorized via e-mail on December 8, 2025)
JESSE S. KAPLAN
Attorney for Plaintiff

Dated: December 8, 2025   ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:   /s/ *Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 26, 2026, to respond to Plaintiff's Motion for Summary Judgment.

DATED: December 8, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE